# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 12, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
The deadline for Mr. Socias to secure cosigners to his bond is extended to March 26, 2021.

3/12/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Derek Ortiz Socias,**
       **21 Cr. 173 (LJL)**

Dear Judge Liman:

I write with the consent of the government to request that the Court extend the deadline for Derek Ortiz Socias to secure cosigners to his bond by two weeks, to March 26, 2021.

The Honorable Sarah Netburn ordered Mr. Ortiz released on his own signature at presentment on Friday, February 26, on conditions including a $100,000 personal recognizance bond, to be cosigned by three financially responsible persons. These cosigners were to be secured to the bond by March 5, a deadline that was subsequently extended by the Honorable Robert W. Lehrburger to today, March 12.

Mr. Ortiz has proposed three cosigners—his grandparents and his roommate—and all three have interviewed with the U.S. Attorney's Office; however, the government has not yet approved them as financially responsible to sign the bond. The parties are in continuing discussions about the cosigners.

I therefore respectfully request an additional two weeks to secure cosigners to Mr. Ortiz's bond. As noted, the government consents to this request. I thank the Court for considering it.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org

CC:   AUSA Jun Xiang