**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
Bail is modified as set forth in this letter.

10/18/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: **United States v. Derek Ortiz Socias,
21 Cr. 173 (LJL)**

Dear Judge Liman:

I write to request that the Court modify Mr. Ortiz Socias' bail conditions to permit him to relocate to his mother's home in Puerto Rico. Neither the government nor Pretrial Services objects to this request.

Mr. Ortiz Socias is in full compliance with all his bail conditions. Originally from Puerto Rico, Mr. Ortiz Socias currently resides in an apartment in Orlando, Florida, where he has been living and working. Because of medical issues and a recent surgery, however, he is unable to work at this time and will therefore be unable to pay his November rent. He therefore needs to relocate. Mr. Ortiz Socias cannot live at his father's home in Orlando because his father is a co-defendant in this case. He therefore seeks to stay with his mother in Puerto Rico at an address that has been provided to Pretrial Services.

As noted, neither the government nor Pretrial Services objects to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org