# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 20, 2021

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Sentencing Hearing scheduled for March 10, 2022 is adjourned sine die.

12/21/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:   United States v. Derek Ortiz Socias,
21 Cr. 173 (LJL)**

Dear Judge Liman:

Derek Ortiz Socias has been accepted into the Young Adult Opportunity Program and is expected to be formally admitted into the program with an allocution on January 4, 2021. I therefore ask the Court to adjourn his sentencing, which is currently scheduled for March 10, 2021, *sine die*. The government has no objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 842-2622

CC:   AUSA Jun Xiang