

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 21, 2024

Re:   **United States v. Ortiz Socias**, 21 Cr. 173 (RA)

Dear Judge Abrams:

      In light of the Court's Order scheduling sentencing for November 15, 2024 and indicating that the defendant's plea will be accepted at that time, the Government respectfully moves for the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until November 15, 2024. The exclusion is in the interest of justice because the defendant already knowingly waived his right to trial and pleaded guilty to the Indictment on November 15, 2021. Neither the defendant nor the public will be prejudiced by the exclusion of time through the date that the Court formally accepts the plea.

                                    Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

      by:   /s/ Jun Xiang
                            Jun Xiang
                            Assistant United States Attorney
                            (212) 637-2289

**CC (By ECF)** All Counsel of Record