**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

September 5, 2024

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application denied. Had Pretrial Services had any knowledge of the allegations of ongoing criminal conduct contained in the Government's letter of August 14, 2024, it would have been raised with the parties at the time of discovery, as well as reflected in Officer Bostic's final memorandum on Mr. Ortiz Socias' participation in the YAOP Program.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> September 9, 2024

Re: **United States v. Derek Ortiz Socias,**
    **21 Cr. 173 (RA)**

Dear Judge Abrams:

I write to request that the Court authorize and direct Pretrial Services to provide me with any and all records in its possession relating to Derek Ortiz Socias, including without limitation records relating to his supervision, compliance, employment, residence, health, YAOP participation, and activities during the period that he has been on bail in this matter.

I make this request in light of the government's allegations that Derek engaged in misconduct while on bail and the Court's scheduling of a *Fatico* hearing. I understand from Derek's Pretrial Services officers that Pretrial is in possession of records that will evidence Derek's true activities over the past three-and-half years and that they are quite different from what the government has alleged. I further understand that Pretrial requires a Court order to share these records with me.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
Attorney for Derek Ortiz Socias
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org

CC:   AUSA Jun Xiang
      USPSO Dominique Jackson (by email)