**Federal Defenders**
OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Jennifer L. Brown
*Attorney-in-Charge*

---

**BY ECF AND EMAIL**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

October 31, 2024

> The sentencing is adjourned to December 4, 2024 at 2:30 p.m. Mr. Ortiz Socias' sentencing submission shall be filed by November 20, 2024 and the Government's submission by November 27, 2024. The Court intends to rule on the motion to cancel the Fatico hearing shortly but the hearing remains scheduled for November 13, 2024.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.    11/1/2024

Re:  **United States v. Derek Ortiz Socias, 21 Cr. 173 (RA)**

Dear Judge Abrams:

I write to request that Derek Ortiz Socias's sentencing hearing be adjourned by not less than two weeks. Sentencing is currently scheduled for November 15, 2024, which makes the defense sentencing submission due tomorrow, November 1, 2024. The final PSR will not be available until next Monday, however, and I need time additional time to review it with Derek and to finish collecting supporting materials.

Our motion asking the Court to rule on the current record that Derek remains safety-valve eligible is currently pending. In the event that the Court determines that the current record is insufficient to establish Derek's safety-valve eligibility under the applicable burden of persuasion, we ask the Court to adjourn also the *Fatico* hearing now scheduled for November 13, 2024 by at least two weeks.

Having taken approximately six months to respond to the defense February 5, 2024 YAOP response memorandum, the government now objects to this request for a short adjournment of sentencing, allowing only that it would not oppose an adjournment of the defense submission deadline to Tuesday (a court holiday) or Wednesday of next week. The government's proposal would not give me sufficient to review that final PSR with Derek and finish collecting the materials necessary to represent him effectively at sentencing.

Respectfully submitted,
/s/
_____
Clay H. Kaminsky
Assistant Federal Defender
Attorney for Derek Ortiz Socias
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org

CC:  Honorable Sarah Netburn
Officers Dayshawn Bostic and Dominique Jackson
AUSA Jun Xiang