```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER

        - v -                     :    21 Cr. 173 (RA)

DEREK ORTIZ SOCIAS,               :

                Defendant.        :
---------------------------------x
```

Upon the application of **Derek Ortiz Socias**, by his attorney, **Clay Kaminsky**, Federal Defenders of New York, upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Derek Ortiz Socias with funds to cover the cost of travel between San Juan, Puerto Rico, and New York, New York in advance of his upcoming court appearance on Wednesday, November 13, 2024; as well as Mr. Ortiz Socias' return trip to San Juan, Puerto Rico following that appearance;

**ORDERED** that Mr. Ortiz Socias' flight arrive in New York no later than 11:00 a.m. on Tuesday, November 12, 2024, and that his return flight depart no earlier than 6:30 p.m. on Wednesday, November 13; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          SO ORDERED:
        November 4, 2024

                                    _____
                                    HONORABLE RONNIE ABRAMS
                                    United States District Judge