```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x        AMENDED
UNITED STATES OF AMERICA          :
                                            TRANSPORTATION ORDER
         - v -                    :        21 Cr. 173 (RA)

DEREK ORTIZ SOCIAS,               :

              Defendant.          :
----------------------------------x
```

Upon the application of **Derek Ortiz Socias**, by his attorney, **Clay Kaminsky**, Federal Defenders of New York, upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Derek Ortiz Socias with funds to cover the cost of travel between San Juan, Puerto Rico, and New York, New York in advance of his upcoming court appearance on Wednesday, November 13, 2024;

**ORDERED** that Mr. Ortiz Socias' flight arrive in New York no later than 11:00 a.m. on Tuesday, November 12, 2024; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service, pursuant to 18 USC 4285.

Dated: New York, New York        **SO ORDERED:**
       November 4, 2024

                                 _____
                                 HONORABLE RONNIE ABRAMS
                                 United States District Judge