**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 20, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The sentencing scheduled for December 4, 2024 is adjourned *sine die*. The parties shall submit a status letter by December 6, 2024. Time is excluded until December 6, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> November 21, 2024

Re:   **United States v. Ortiz Socias**, 21 Cr. 173 (RA)

Dear Judge Abrams:

The Government respectfully submits this joint letter with regard to scheduling. The parties have conferred, and the Government has advised the defense that it expects to extend a formal plea offer tomorrow, which the Government will keep open through the week of December 2, 2024. The defense has requested an opportunity to consider the offer before discussing further case-related scheduling.

Accordingly, the parties respectfully request that the sentencing, currently scheduled for December 4, 2024, be adjourned sine die and that the parties submit a status letter no later than December 6, 2024 to propose further scheduling. The Government further requests that time under the Speedy Trial Act be excluded through December 6, 2024, so the parties can discuss a disposition. The defense consents.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:   /s/ Jun Xiang
       Jun Xiang
       Assistant United States Attorney
       (212) 637-2289

**CC (BY ECF)**
Clay Kaminsky, Esq.