

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 2, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The control date is extended until December 16, 2024. Time is excluded until December 16, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> December 3, 2024

Re:  **United States v. Ortiz Socias**, 21 Cr. 173 (RA)

Dear Judge Abrams:

The Government respectfully submits this letter with regard to scheduling. On November 21, 2024, the Government transmitted a plea offer to the defense. The defense then requested a meeting with supervisors at the U.S. Attorney's Office, including the Chief of the Criminal Division, to discuss the offer. That meeting was scheduled for today. However, due to illness, which is not expected to resolve this week, that meeting has been postponed.

The parties jointly request that the control date in this matter be extended until December 16, 2024 so the parties have an opportunity to discuss a disposition and consider the need for additional litigation. For these reasons, the Government also respectfully requests that time be excluded through December 16, 2024, and the defense consents.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/ Jun Xiang
Jun Xiang
Assistant United States Attorney
(212) 637-2289

**CC (BY ECF)**
Clay Kaminsky, Esq.