

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 16, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Ortiz Socias**, 21 Cr. 173 (RA)

Dear Judge Abrams:

> The Court adopts the proposed briefing schedule. The sentencing is scheduled for February 14, 2025 at 3:00 p.m. Time is excluded until February 14, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> December 17, 2024

The Government respectfully submits this joint letter in regard to scheduling. The parties were unable to reach a disposition. The defense has advised that the defendant does not wish to withdraw his guilty plea to Count One of the Indictment, and will instead move for mandatory minimum relief under 18 U.S.C. § 3553(f). The Government will oppose that motion.

The parties jointly propose the following schedule: (1) the defendant's sentencing/Fatico brief due January 15, 2025, (2) the Government's sentencing/Fatico brief due January 29, 2025, (3) the defendant's reply, if any, on February 5, 2025, and (4) sentencing (including acceptance of the plea) on February 13 or 14, 2025. The Government moves for exclusion of time under the Speedy Trial Act until the date of the sentencing/plea to permit the parties to prepare for sentencing and to brief the defendant's eligibility for relief under § 3553(f). The defense consents.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

by:   /s/ Jun Xiang
Jun Xiang
Assistant United States Attorney
(212) 637-2289

**CC (BY ECF)**
Clay Kaminsky, Esq.