

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

January 28, 2025

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 28, 2025

Re:   **United States v. Ortiz Socias**, 21 Cr. 173 (RA)

Dear Judge Abrams:

    Due to the press of exigent business in another matter, the Government respectfully requests a two-day extension of the filing deadline of its sentencing submission, until January 31, 2025. The Government further consents to a two-day extension of the defense's reply deadline. The defense consents to this request. The Government thanks the Court for its consideration.

    Respectfully submitted,

    DANIELLE R. SASSOON
    United States Attorney for the
    Southern District of New York

    by:    /s/ Jun Xiang_____
        Jun Xiang
        Assistant United States Attorney
        (212) 637-2289

**CC (BY ECF)**
Clay Kaminsky, Esq.