```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA         :    TRANSPORTATION ORDER

       - v -                     :    21 Cr. 173 (RA)

DEREK ORTIZ SOCIAS,              :

                  Defendant.     :
---------------------------------x
```

Upon the application of **Derek Ortiz Socias**, by his attorney, **Clay Kaminsky**, Federal Defenders of New York, upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Derek Ortiz Socias with funds to cover the cost of travel between San Juan, Puerto Rico, and New York, New York in advance of his upcoming court appearance on Friday, February 14, 2025;

**ORDERED** that Mr. Ortiz Socias' flight arrive in New York no later than 11:00 a.m. on Friday, February 14, 2025; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service, pursuant to 18 U.S.C. § 4285.

Dated:  New York, New York        SO ORDERED:
        February 6, 2025

                                  _____
                                  HONORABLE RONNIE ABRAMS
                                  United States District Judge